1  Anthony L. Label (SBN 205920)
   *a.label@veenfirm.com*
2  Steven A. Kronenberg (SBN 215541)
   s.kronenberg@veenfirm.com
3  Jacqueline K Oh (SBN 286089)
   j.oh@veenfirm.com
4  **THE VEEN FIRM, P.C.**
   20 Haight Street
5  San Francisco, California 94102
   Telephone: (415) 673-4800
6  Facsimile: (415) 771-5845

7  Brian D. Chase (SBN 164109)
   *bchase@bisnarchase.com*
8  Jerusalem F. Beligan (SBN 211258)
   *jbeligan@bisnarchase.com*
9  **BISNAR | CHASE LLP**
   1301 Dove Street, Suite 120
10 Newport Beach, California 92660
   Telephone: (949) 752-2999
11 Facsimile: (949) 752-2777

12 Attorneys for Plaintiff and the Putative Class

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JAVIER MAURICO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KIA MOTORS AMERICA, INC.; and DOES 1 through 10, inclusive,<br><br>Defendant(s). | Case No. 4:21-cv-03056-DMR<br><br>**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(i)** |

**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff James Javier Maurico hereby gives notice of his voluntarily dismissal of this action without prejudice.

DATED: June 14, 2021    **BISNAR | CHASE LLP**

By: */s/Jerusalem F. Beligan*
Brian D. Chase
Jerusalem F. Beligan

DATED: June 14, 2021    **THE VEEN FIRM, P.C.**

By: */s/ Steven A. Kronenberg*
Anthony L. Label
Steven A. Kronenberg
Jacqueline K. Oh

*Counsel for Plaintiff and the Putative Class*